UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRETT LILLEMOE, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, FOREIGN AGRICULTURAL SERVICE,

    *Defendant.*

No. 15-cv-2047 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that FAS's Renewed Partial Motion to Dismiss for Lack of Standing, Dkt. 90, is **GRANTED IN PART**. It is further

**ORDERED** that FAS's Renewed Motion for Summary Judgment, Dkt. 89, is **GRANTED**. It is further

**ORDERED** that the plaintiffs' Motion for Discovery, Dkt. 94, is **DENIED**. It is further

**ORDERED** that FAS's Motion for Protective Order, Dkt. 100, is **DENIED** as moot.

The Clerk of Court shall close this case.

April 27, 2020

DABNEY L. FRIEDRICH
United States District Judge